UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS PUENTES,<br><br>         Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>         Defendant. | CASE NO.: 1:24-cv-00834-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2) |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1.    Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2.    The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

    Dated:   **July 23, 2024**            **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE