1   PHILLIP A. TALBERT
    United States Attorney
2   MATHEW W. PILE, WSBA No. 32245.
    Associate General Counsel
3   Office of Program Litigation, Office 7
    Social Security Administration
4   MARCELO ILLARMO (MABN 670079)
5   Special Assistant United States Attorney
            Office of the General Counsel
6           Social Security Administration
            6401 Security Boulevard
7           Baltimore, Maryland 21235
            Telephone: (510) 970-4822
8           E-Mail: Marcelo.Illarmo@ssa.gov
9   Attorneys for Defendant

10

11                      UNITED STATES DISTRICT COURT

12                      EASTERN DISTRICT OF CALIFORNIA

13                                           No.  1:24-cv-00834-KES-GSA

14   ALEXIS PUENTES,

15   Plaintiff,                              STIPULATION FOR EXTENSION TO FILE
                                             OPPOSITION TO PLAINTIFF'S OPENING
16   v.                                      BRIEF

17   COMMISSIONER OF SOCIAL
     SECURITY,
18
                    Defendant.
19

20          IT IS HEREBY STIPULATED, by and between the parties, through their respective

21   counsel of record, that the time for responding to Plaintiff's motion for summary judgment be

22   extended from January 21, 2025 to February 20, 2025.  This is Defendant's first request for an

23   extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional

24   time because counsel has experienced a death in the family and will be travelling home to Guam

25   for an as of yet unspecified amount of time.

26          The parties further stipulate that the Court's Scheduling Order shall be modified

27   accordingly.

28      •   Defendant shall respond to Plaintiff's opening brief on or before February 20, 2025;

1   • Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on

2   or before March 6, 2025).

3

4

5                                               Respectfully submitted,

6

7   DATE: January 7, 2025              */s/ Jonathan Omar Pena\**
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
8                                       (* approved via email on 1/7/25)

9
                                        PHILLIP A. TALBERT
10                                      United States Attorney

11  DATE: January 7, 2025      By   *s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
12                                      Special Assistant United States Attorney

13
                                        Attorneys for Defendant
14

15

16                                      ORDER

17

18  IT IS SO ORDERED.

19      Dated:   **January 8, 2025**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28
                                        2